# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**BRIGHT IDAIDA FALODUN,**  Civil No. 09-2759 JNE/SRN

    **Plaintiff,**

v.  ORDER

**JASON PLANTON, et al.,**
**AMY BUERGER, and**
**RON JOHNSON,**

    **Defendants.**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated November 24, 2009. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: December 14, 2009.

                                             s/ Joan N. Ericksen
                                             Judge Joan N. Ericksen
                                             United States District Court Judge